**DENY; and Opinion Filed May 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00536-CV

### IN RE WILLIAM B. ADAMS, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08224**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Schenck

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to allow to him to withdraw deemed admissions after he twice failed to respond to the requests in a timely fashion. A party may withdraw deemed admissions upon a showing of (1) good cause, and (2) the absence of undue prejudice to the opponent. *Wheeler v. Green*, 157 S.W.3d 439, 442 (Tex. 2005). Good cause is established by showing the failure involved was an accident or mistake, not intentional or the result of conscious indifference. *Stelly v. Papania*, 927 S.W.2d 620, 622 (Tex. 1996). Based on the facts of this case, the trial court could have reasonably concluded that relator's repeated failure to respond in a timely fashion to the requests for admission was intentional or the result of conscious indifference.

We **DENY** the petition. TEX. R. APP. P. 52.8

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150536F.P05